**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Lori Ann Borkey                          CHAPTER 13

                     Debtor(s)

                                                 BKY. NO. 22-11178 PMM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

       Kindly enter my appearance on behalf of KeyBank, NA, s/b/m First Niagara Bank, NA and index same on the master mailing list.

                                                  Respectfully submitted,

                                            /s/ *Rebecca Solarz*
                                            Rebecca Solarz
                                            25 May 2022, 10:28:19, EDT

                                     KML Law Group, P.C.
                                     701 Market Street, Suite 5000
                                     Philadelphia, PA 19106-1532
                                     (215) 627-1322