| #3077 - Lori A. Borkey | Voucher #(52438) | Pay Date: 04/29/2022 |
|---|---|---|
| Operations | Type:Regular | Pay Period: 04/11/2022-04/24/2022 |

### Earnings

| | Rate | Hours | YTD | Current | YTD |
|---|---|---|---|---|---|
| Bon | | | | | 250.00 |
| FltH | 16.00 | 7.65 | 7.65 | 122.40 | 122.40 |
| Holl | | | 16.00 | | 256.00 |
| OT | 24.00 | 0.55 | 13.13 | 13.20 | 315.12 |
| Reg | 16.00 | 69.75 | 660.70 | 1,116.00 | 10,571.20 |
| Sick | | | 8.19 | | 131.04 |
| Vac | 16.00 | 2.60 | 4.27 | 41.60 | 68.32 |
| **Gross Pay** | | | | **1,293.20** | **11,714.08** |
| Hours Paid | | 80.55 | 709.94 | | |

### Company Paid Benefits [3]

| | Current | YTD |
|---|---|---|
| PreDental | 5.01 | 30.06 [1] |
| PreHealth | 228.95 | 1,373.70 [1] |
| PreVision | 0.38 | 2.28 [1] |
| FUTA | | 42.00 |
| FICA | 65.46 | 637.93 |
| MEDI | 15.31 | 149.20 |
| SUTA:PA | | 487.42 |
| **Total** | **315.11** | **2,722.59** |

### Deductions

| | | | Current | YTD |
|---|---|---|---|---|
| PreDental | | | 22.54 | 135.24 [1] |
| PreHealth | | | 211.70 | 1,270.20 [1] |
| PreVision | | | 3.25 | 19.50 [1] |
| 401K | | | 25.86 | 100.09 [2] |
| **Total** | | | **263.35** | **1,525.03** |

### Tax Allowance Settings

| | |
|---|---|
| Federal: | Married Filing Jointly |
| | Form W4 2020 And Later: Yes |
| | Two Jobs: No |
| | Claim Dependent: $0.00 |
| | Deduction: $0.00 |
| | Other Income: $0.00 |
| Pennsylvania: | Allowances: 0 |
| | Tax PA SUI only on PA wages: TRUE |

### Taxes Withheld

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 1,029.85 | 10,189.05 | 3.37 | 147.92 |
| FICA | 1,055.71 | 10,289.14 | 65.46 | 637.93 |
| MEDI | 1,055.71 | 10,289.14 | 15.31 | 149.20 |
| SIT:PA | 1,055.71 | 10,289.14 | 32.41 | 315.88 |
| SUI:PA | 1,293.20 | 11,714.08 | 0.78 | 7.04 |
| Weisenbe | 1,055.71 | 10,289.14 | 10.56 | 102.90 |
| Weisenbe | 1,055.71 | 10,289.14 | 2.00 | 18.00 |
| **Total** | | | **129.89** | **1,378.87** |

| **Net Pay** | | | **899.96** | **8,810.18** |
|---|---|---|---|---|
| Checking (4231) | | | 899.96 | 8,810.18 |

[1] Reduces your Federal Withholding, OASDI & Medicare Taxable Wage
[2] Reduces your Federal & State Withholding Taxable Wage
[3] For information purposes only. No effect on your net pay.

Jetson Specialty Marketing Services, Inc. 9775 Commerce Circle, Kutztown, PA 19530                1 of 1

---

**Jetson Specialty Marketing Services, Inc.**
9775 Commerce Circle
Kutztown, PA 19530

| Pay Date: | 04/29/2022 |
|---|---|
| Voucher #: | (52438) |

| Deposited To The Account(s) Of | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| Lori A. Borkey | 1 | Checking | XXX4231 | 031311593 | 899.96 |

Operations  3077  04/29/2022  (52438)

**Lori A. Borkey**
136 Virgenville Road
Kutztown, PA 19530

**Non-Negotiable - This Is Not A Check**

**Jetson Specialty Marketing Services, Inc.**
9775 Commerce Circle
Kutztown, PA 19530

Operations  3077  04/29/2022  (52438)

**Lori A. Borkey**
136 Virgenville Road
Kutztown, PA 19530

**Personal & Confidential**

**#3077 - Lori A. Borkey**
Operations

**Voucher #(52068)**
Type:Regular

Pay Date: 04/15/2022
Pay Period: 03/28/2022-04/10/2022

### Earnings

| | Rate | Hours | YTD | Current | YTD |
|---|---|---|---|---|---|
| Bon | | | | | 250.00 |
| Holi | | 16.00 | | | 256.00 |
| OT | | 12.58 | | | 301.92 |
| Reg | 16.00 | 79.89 | 590.95 | 1,278.24 | 9,455.20 |
| Sick | 16.00 | 0.20 | 8.19 | 3.20 | 131.04 |
| Vac | | 1.67 | | | 26.72 |
| **Gross Pay** | | | | **1,281.44** | **10,420.88** |
| Hours Paid | | 80.09 | 629.39 | | |

### Company Paid Benefits

| | Current | YTD | |
|---|---|---|---|
| PreDental | 5.01 | 25.05 | [1] |
| PreHealth | 228.95 | 1,144.75 | [1] |
| PreVision | 0.38 | 1.90 | [1] |
| FUTA | | 42.00 | |
| FICA | 64.72 | 572.47 | |
| MEDI | 15.14 | 133.89 | |
| SUTA:PA | 41.94 | 487.42 | |
| **Total** | **356.14** | **2,407.48** | |

### Deductions

| | Current | YTD | |
|---|---|---|---|
| PreDental | 22.54 | 112.70 | [1] |
| PreHealth | 211.70 | 1,058.50 | [1] |
| PreVision | 3.25 | 16.25 | [1] |
| 401K | 25.63 | 74.23 | [2] |
| **Total** | **263.12** | **1,261.68** | |

### Tax Allowance Settings

| Federal: | Married Filing Jointly |
|---|---|
| | Form W4 2020 And Later: Yes |
| | Two Jobs: No |
| | Claim Dependent: $0.00 |
| | Deduction: $0.00 |
| | Other Income: $0.00 |
| Pennsylvania: | Allowances: 0 |
| | Tax PA SUI only on PA wages: TRUE |

### Taxes Withheld

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 1,018.32 | 9,159.20 | 2.22 | 144.55 |
| FICA | 1,043.95 | 9,233.43 | 64.72 | 572.47 |
| MEDI | 1,043.95 | 9,233.43 | 15.14 | 133.89 |
| SIT:PA | 1,043.95 | 9,233.43 | 32.05 | 283.47 |
| SUI:PA | 1,281.44 | 10,420.88 | 0.77 | 6.26 |
| Weisenbe | 1,043.95 | 9,233.43 | 10.44 | 92.34 |
| Weisenbe | 1,043.95 | 9,233.43 | 2.00 | 16.00 |
| **Total** | | | **127.34** | **1,248.98** |

| **Net Pay** | | | **890.98** | **7,910.22** |
|---|---|---|---|---|
| Checking (4231) | | | 890.98 | 7,910.22 |

[1] Reduces your Federal Withholding, OASDI & Medicare Taxable Wage
[2] Reduces your Federal & State Withholding Taxable Wage
[3] For information purposes only. No effect on your net pay.

Jetson Specialty Marketing Services, Inc. 9775 Commerce Circle, Kutztown, PA 19530

1 of 1

---

**Jetson Specialty Marketing Services, Inc.**
9775 Commerce Circle
Kutztown, PA 19530

| Pay Date: | 04/15/2022 |
|---|---|
| Voucher #: | (52068) |

**Deposited To The Account(s) Of**

| | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| Lori A. Borkey | 1 | Checking | XXX4231 | 031311593 | 890.98 |

Operations  3077  04/15/2022  (52068)

**Lori A. Borkey**
136 Virgenville Road
Kutztown, PA 19530

**Non-Negotiable - This Is Not A Check**

**Jetson Specialty Marketing Services, Inc.**
9775 Commerce Circle
Kutztown, PA 19530

Operations  3077  04/15/2022  (52068)

**Lori A. Borkey**
136 Virgenville Road
Kutztown, PA 19530

**Personal & Confidential**

**#3077 - Lori A. Borkey**

Operations

Voucher #(50965)

Type:Regular

Pay Date: 04/01/2022

Pay Period: 03/14/2022-03/27/2022

### Earnings

| | Rate | Hours | YTD | Current | YTD |
|---|---|---|---|---|---|
| Bon | | | | | 250.00 |
| Holi | | | 16.00 | | 256.00 |
| OT | 24.00 | 0.05 | 12.58 | 1.20 | 301.92 |
| Reg | 16.00 | 71.73 | 511.06 | 1,147.68 | 8,176.96 |
| Sick | 16.00 | 6.33 | 7.99 | 101.28 | 127.84 |
| Vac | 16.00 | 1.67 | 1.67 | 26.72 | 26.72 |
| **Gross Pay** | | | | **1,276.88** | **9,139.44** |
| Hours Paid | | 79.78 | 549.30 | | |

### Deductions

| | | | | Current | YTD |
|---|---|---|---|---|---|
| PreDental | | | | 22.54 | 90.16 [1] |
| PreHealth | | | | 211.70 | 846.80 [1] |
| PreVision | | | | 3.25 | 13.00 [1] |
| 401K | | | | 25.54 | 48.60 [2] |
| **Total** | | | | **263.03** | **998.56** |

### Taxes Withheld

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 1,013.85 | 8,140.88 | 1.77 | 142.33 |
| FICA | 1,039.39 | 8,189.48 | 64.44 | 507.75 |
| MEDI | 1,039.39 | 8,189.48 | 15.07 | 118.75 |
| SIT:PA | 1,039.39 | 8,189.48 | 31.91 | 251.42 |
| SUI:PA | 1,276.88 | 9,139.44 | 0.77 | 5.49 |
| Weisenbe | 1,039.39 | 8,189.48 | 10.39 | 81.90 |
| Weisenbe | 1,039.39 | 8,189.48 | 2.00 | 14.00 |
| **Total** | | | **126.35** | **1,121.64** |

| **Net Pay** | | | **887.50** | **7,019.24** |
|---|---|---|---|---|
| Checking (4231) | | | 887.50 | 7,019.24 |

### Company Paid Benefits [3]

| | Current | YTD |
|---|---|---|
| PreDental | 5.01 | 20.04 [1] |
| PreHealth | 228.95 | 915.80 [1] |
| PreVision | 0.38 | 1.52 [1] |
| FUTA | | 42.00 |
| FICA | 64.44 | 507.75 |
| MEDI | 15.07 | 118.75 |
| SUTA:PA | 62.24 | 445.48 |
| **Total** | **376.09** | **2,051.34** |

### Tax Allowance Settings

| | |
|---|---|
| Federal: | Married Filing Jointly |
| | Form W4 2020 And Later: Yes |
| | Two Jobs: No |
| | Claim Dependent: $0.00 |
| | Deduction: $0.00 |
| | Other Income: $0.00 |
| Pennsylvania: | Allowances: 0 |
| | Tax PA SUI only on PA wages: TRUE |

[1] Reduces your Federal Withholding, OASDI & Medicare Taxable Wage
[2] Reduces your Federal & State Withholding Taxable Wage
[3] For information purposes only. No effect on your net pay.

Jetson Specialty Marketing Services, Inc. 9775 Commerce Circle, Kutztown, PA 19530

1 of 1

---

**Jetson Specialty Marketing Services, Inc.**
9775 Commerce Circle
Kutztown, PA 19530

| Pay Date: | 04/01/2022 |
|---|---|
| Voucher #: | (50965) |

| Deposited To The Account(s) Of | | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|---|
| Lori A. Borkey | | 1 | Checking | XXX4231 | 031311593 | 887.50 |

Operations  3077  04/01/2022   (50965)

**Lori A. Borkey**
136 Virgenville Road
Kutztown, PA 19530

**Non-Negotiable - This Is Not A Check**

**Jetson Specialty Marketing Services, Inc.**
9775 Commerce Circle
Kutztown, PA 19530

Operations  3077  04/01/2022   (50965)

**Lori A. Borkey**
136 Virgenville Road
Kutztown, PA 19530

**Personal & Confidential**

**#3077 - Lori A. Borkey** · Operations — Voucher #(50247) · Type:Regular · Pay Date: 03/18/2022 · Pay Period: 02/28/2022-03/13/2022

### Earnings

| | Rate | Hours | YTD | Current | YTD |
|---|---|---|---|---|---|
| Bon | | | | | 250.00 |
| Holi | | 16.00 | | | 256.00 |
| OT | 24.00 | 0.03 | 12.53 | 0.72 | 300.72 |
| Reg | 16.00 | 71.58 | 439.33 | 1,145.28 | 7,029.28 |
| Sick | 16.00 | 0.44 | 1.66 | 7.04 | 26.56 |
| **Gross Pay** | | | | **1,153.04** | **7,862.56** |
| Hours Paid | | 72.05 | 469.52 | | |

### Deductions

| | Current | YTD |
|---|---|---|
| PreDental | 22.54 | 67.62 [1] |
| PreHealth | 211.70 | 635.10 [1] |
| PreVision | 3.25 | 9.75 [1] |
| 401K | 23.06 | 23.06 [2] |
| **Total** | **260.55** | **735.53** |

### Taxes Withheld

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 892.49 | 7,127.03 | | 140.56 |
| FICA | 915.55 | 7,150.09 | 56.77 | 443.31 |
| MEDI | 915.55 | 7,150.09 | 13.28 | 103.68 |
| SIT:PA | 915.55 | 7,150.09 | 28.11 | 219.51 |
| SUI:PA | 1,153.04 | 7,862.56 | 0.69 | 4.72 |
| Weisenbe | 915.55 | 7,150.09 | 9.16 | 71.51 |
| Weisenbe | 915.55 | 7,150.09 | 2.00 | 12.00 |
| **Total** | | | **110.01** | **995.29** |

| **Net Pay** | | **782.48** | **6,131.74** |
|---|---|---|---|
| Checking (4231) | | 782.48 | 6,131.74 |

### Company Paid Benefits [3]

| | Current | YTD |
|---|---|---|
| PreDental | 5.01 | 15.03 [1] |
| PreHealth | 228.95 | 686.85 [1] |
| PreVision | 0.38 | 1.14 [1] |
| FUTA | 4.59 | 42.00 |
| FICA | 56.77 | 443.31 |
| MEDI | 13.28 | 103.68 |
| SUTA:PA | 56.20 | 383.24 |
| **Total** | **365.18** | **1,675.25** |

### Tax Allowance Settings

Federal: Married Filing Jointly
Form W4 2020 And Later: Yes
Two Jobs: No
Claim Dependent: $0.00
Deduction: $0.00
Other Income: $0.00
Pennsylvania: Allowances: 0
Tax PA SUI only on PA wages: TRUE

[1] Reduces your Federal Withholding, OASDI & Medicare Taxable Wage
[2] Reduces your Federal & State Withholding Taxable Wage
[3] For information purposes only. No effect on your net pay.

Jetson Specialty Marketing Services, Inc. 9775 Commerce Circle, Kutztown, PA 19530     1 of 1

---

**Jetson Specialty Marketing Services, Inc.**
9775 Commerce Circle
Kutztown, PA 19530

| Pay Date: | 03/18/2022 |
|---|---|
| Voucher #: | (50247) |

| Deposited To The Account(s) Of | | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|---|
| Lori A. Borkey | | 1 | Checking | XXX4231 | 031311593 | 782.48 |

Operations  3077  03/18/2022  (50247)
**Lori A. Borkey**
136 Virgenville Road
Kutztown, PA 19530

**Non-Negotiable - This Is Not A Check**

**Jetson Specialty Marketing Services, Inc.**
9775 Commerce Circle
Kutztown, PA 19530

Operations  3077  03/18/2022  (50247)
**Lori A. Borkey**
136 Virgenville Road
Kutztown, PA 19530

**Personal & Confidential**

**#3077 - Lori A. Borkey** | **Voucher #(49895)** | Pay Date: 03/04/2022
Operations | Type:Regular | Pay Period: 02/14/2022-02/27/2022

### Earnings

| | Rate | Hours | YTD | Current | YTD |
|---|---|---|---|---|---|
| Bon | | | | | 250.00 |
| Holi | | 16.00 | | | 256.00 |
| OT | 24.00 | 0.07 | 12.50 | 1.68 | 300.00 |
| Reg | 16.00 | 72.19 | 367.75 | 1,155.04 | 5,884.00 |
| Sick | | | 1.22 | | 19.52 |
| **Gross Pay** | | | | **1,156.72** | **6,709.52** |
| Hours Paid | | 72.26 | 397.47 | | |

### Deductions

| | | | | Current | YTD |
|---|---|---|---|---|---|
| PreDental | | | | 22.54 | 45.08 [1] |
| PreHealth | | | | 211.70 | 423.40 [1] |
| PreVision | | | | 3.25 | 6.50 [1] |
| **Total** | | | | **237.49** | **474.98** |

### Taxes Withheld

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 919.23 | 6,234.54 | | 140.56 |
| FICA | 919.23 | 6,234.54 | 56.99 | 386.54 |
| MEDI | 919.23 | 6,234.54 | 13.33 | 90.40 |
| SIT:PA | 919.23 | 6,234.54 | 28.22 | 191.40 |
| SUI:PA | 1,156.72 | 6,709.52 | 0.69 | 4.03 |
| Weisenbe | 919.23 | 6,234.54 | 9.19 | 62.35 |
| Weisenbe | 919.23 | 6,234.54 | 2.00 | 10.00 |
| **Total** | | | **110.42** | **885.28** |

### Net Pay

| | | | Current | YTD |
|---|---|---|---|---|
| **Net Pay** | | | **808.81** | **5,349.26** |
| | Checking (4231) | | 808.81 | 5,349.26 |

### Company Paid Benefits [2]

| | Current | YTD |
|---|---|---|
| PreDental | 5.01 | 10.02 [1] |
| PreHealth | 228.95 | 457.90 [1] |
| PreVision | 0.38 | 0.76 [1] |
| FUTA | 5.52 | 37.41 |
| FICA | 56.99 | 386.54 |
| MEDI | 13.33 | 90.40 |
| SUTA:PA | 56.38 | 327.04 |
| **Total** | **366.56** | **1,310.07** |

### Tax Allowance Settings

| | |
|---|---|
| Federal: | Married Filing Jointly |
| | Form W4 2020 And Later: Yes |
| | Two Jobs: No |
| | Claim Dependent: $0.00 |
| | Deduction: $0.00 |
| | Other Income: $0.00 |
| Pennsylvania: | Allowances: 0 |
| | Tax PA SUI only on PA wages: TRUE |

[1] Reduces your Federal Withholding, OASDI & Medicare Taxable Wage
[2] For information purposes only. No effect on your net pay.

Jetson Specialty Marketing Services, Inc. 9775 Commerce Circle, Kutztown, PA 19530      1 of 1

---

**Jetson Specialty Marketing Services, Inc.**
9775 Commerce Circle
Kutztown, PA 19530

| Pay Date: | 03/04/2022 |
|---|---|
| Voucher #: | (49895) |

| Deposited To The Account(s) Of | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| Lori A. Borkey | 1 | Checking | XXX4231 | 031311593 | 808.81 |

Operations 3077 03/04/2022 (49895)

**Lori A. Borkey**
136 Virgenville Road
Kutztown, PA 19530

**Non-Negotiable - This Is Not A Check**

**Jetson Specialty Marketing Services, Inc.**
9775 Commerce Circle
Kutztown, PA 19530

Operations 3077 03/04/2022 (49895)

**Lori A. Borkey**
136 Virgenville Road
Kutztown, PA 19530

**Personal & Confidential**