# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Lori Ann Borkey** | **Case # 22-11178** |
| **Debtor** | **CHAPTER 13** |

## AMENDED MATRIX

Budge Storage
299 Schantz Road
Allentown, PA 18104

Leonard Borkey
136 Virginville Road
Kutztown, PA 19530


Dated: June 1, 2022        /s/Lori Ann Borkey
                           Debtor