**Fill in this information to identify the case:**

Debtor 1 _Lori Ann Borkey_

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number _22-11178_

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** KeyBank N.A., as s/b/m to First Niagara Bank NA

**Court claim no.** (if known): N/A

**Last 4 digits** of any number you use to identify the debtor's account: 8 8 5 5

**Date of payment change:**
Must be at least 21 days after date of this notice: 07/15/2022

**New total payment:** $ 1,423.32
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☒ No
   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ _____    New escrow payment: $ _____

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%    New interest rate: _____%

   Current principal and interest payment: $ _____    New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☐ No
   ☒ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)

   Reason for change: Per contract terms, days in monthly billing cycle varies month-to-month, principle balance, interest, and fees change based upon debit/credit transactions.

   Current mortgage payment: $ 1,358.49    New mortgage payment: $ 1,423.32

Official Form 410S1    **Notice of Mortgage Payment Change**    page 1

Debtor 1  Lori Ann Borkey
 First Name   Middle Name   Last Name

Case number (*if known*) 22-11178

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☑ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ /s/Alexis Romero
Signature

Date 06/22/2022

Print: Alexis Romero
 First Name   Middle Name   Last Name

Title Senior Specialist

Company KeyBank N.A.

Address 4910 Tiedeman Road
 Number   Street

Brooklyn        OH    44144
City          State   ZIP Code

Contact phone 866-325-9723

Email bk_specialists@keybank.com

UNITED STATES BANKRUPTCY COURT
Eastern District of Pennsylvania (Reading)

In Re: Lori Ann Borkey    Case No. 22-11178
,
    Chapter 13
    Debtor(s).

## CERTIFICATE OF SERVICE

      I hereby certify that on 06/22/2022, I electronically filed a Notice of Mortgage Payment Change with the Clerk of the Bankruptcy Court using the CM/ECF system which sent electronic notification of such filing to the following:

Debtor(s) Attorney
CHARLES LAPUTKA
Laputka Law Office
1344 W. Hamilton St.
Allentown, PA 18102

Trustee
SCOTT F. WATERMAN (Chapter 13)
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

      And, I hereby certify that I have mailed via the United States Postal Service the Notice of Mortgage Payment Change to the following non CM/ECF participants:

Debtor
Lori Ann Borkey
136 Virginville Road
Kutztown, PA 19530

    /s/Alexis Romero
    Bankruptcy Specialist
    KeyBank N.A.