Office Mailing Address:
Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
### Chapter 13 Case No. 22-11178-PMM

Lori Ann Borkey
136 Virginville Road
Kutztown PA   19530

Petition Filed Date: 05/05/2022
341 Hearing Date: 07/19/2022
Confirmation Date:

Case Status: Open / Unconfirmed

## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|------|--------|-----------|------|--------|-----------|------|--------|-----------|
| 06/13/2022 | $1,397.50 | | | | | | | |

Total Receipts for the Period: **$1,397.50**  Amount Refunded to Debtor Since Filing: **$0.00**  Total Receipts Since Filing: **$1,397.50**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---------|---------------|-------|--------------|-------------|-------------|
| 1 | MIDLAND CREDIT MANAGEMENT INC  »» 001 | Unsecured Creditors | $5,375.00 | $0.00 | $0.00 |
| 2 | MIDLAND CREDIT MANAGEMENT INC  »» 002 | Unsecured Creditors | $1,427.01 | $0.00 | $0.00 |
| 3 | MIDLAND CREDIT MANAGEMENT INC  »» 003 | Unsecured Creditors | $9,195.34 | $0.00 | $0.00 |
| 0 | CHARLES LAPUTKA ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 4 | QUANTUM3 GROUP LLC AS AGENT FOR  »» 004 | Unsecured Creditors | $254.52 | $0.00 | $0.00 |
| 5 | PA DEPARTMENT OF REVENUE  »» 05P | Priority Crediors | $17,653.13 | $0.00 | $0.00 |
| 6 | PA DEPARTMENT OF REVENUE  »» 05U | Unsecured Creditors | $3,650.71 | $0.00 | $0.00 |
| 7 | BERKS COUNTY TAX CLAIM BUREAU  »» 006 | Secured Creditors | $23,592.46 | $0.00 | $0.00 |
| 8 | UNITED STATES TREASURY (IRS)  »» 07S | Secured Creditors | $72,543.90 | $0.00 | $0.00 |
| 9 | UNITED STATES TREASURY (IRS)  »» 07U | Unsecured Creditors | $5,340.34 | $0.00 | $0.00 |
| 10 | KEYBANK N.A.  »» 008 | Mortgage Arrears | $64,359.18 | $0.00 | $0.00 |

**Chapter 13 Case No. 22-11178-PMM**

| SUMMARY |
|:---:|

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $1,397.50 | Current Monthly Payment: | $2,795.00 |
| Paid to Claims: | $0.00 | Arrearages: | $6,987.50 |
| Paid to Trustee: | $111.80 | Total Plan Base: | $167,700.00 |
| Funds on Hand: | $1,285.70 | | |

**<u>NOTES:</u>**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.