*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Lori Ann Borkey
    Debtor(s)

Case No: 22–11178–pmm
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Patricia M. Mayer, United States Bankruptcy Judge to consider:

Motion for Relief from Stay, in addition to Motion for Relief from Co–Debtor Stay re: 136 Virginville Road, Kutztown, PA, 19530 Filed by KeyBank N.A. S/B/M to First Niagara Bank N.A. Represented by DENISE ELIZABETH CARLON.

\*\*Hearing rescheduled from 10/25/2022 to 11/1/2022\*\*

on: 11/1/22

at: 10:00 AM

in: 201 Penn Street, 4th Floor, Reading, PA 19601

For The Court

Date: 10/5/22

Timothy B. McGrath
Clerk of Court

36 – 34
Form 167