United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Lori Ann Borkey  
    Debtor

Case No. 22-11178-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 2  
Date Rcvd: Oct 05, 2022      Form ID: 167      Total Noticed: 21

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 07, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lori Ann Borkey, 136 Virginville Road, Kutztown, PA 19530-8865 |
| cr | + | KeyBank N.A. S/B/M to First Niagara Bank N.A., 4910 Tiedeman Road, Brooklyn, OH 44144-2338 |
| 14695464 | + | Budge Storage, 299 Schantz Road, Allentown, PA 18104-9490 |
| 14695400 | + | Budget Storage, 299 Schantz Road, Allentown, PA 18104-9490 |
| 14693954 | + | KeyBank N.A. S/B/M to First Niagara Bank N.A., C/O Rebecca Solarz, Esq., KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14688944 | + | Leisawitz Heller Abramowitch Phillips PC, 2755 Century Blvd, Reading, PA 19610-3346 |
| 14695401 | + | Leonard Borkey, 136 Virginville Road, Kutztown, PA 19530-8865 |
| 14688947 | + | WF Crd Svc, PO Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 05 2022 23:43:00 | Commonwealth of Pennsylvania Department of Revenue, Bankruptcy Division, P O Box 280946, Harrisburg, PA 17128-0946 |
| 14688938 | + | Email/PDF: bncnotices@becket-lee.com | Oct 05 2022 23:55:39 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 14688939 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 05 2022 23:43:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 14688940 | + | Email/Text: taxclaim@countyofberks.com | Oct 05 2022 23:43:00 | Berks County Tax Claim Bureau, 633 Court Street, 2nd Floor, Reading, PA 19601-3552 |
| 14688941 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 05 2022 23:43:00 | IRS, Department of Tresury, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14688943 | ^ | MEBN | Oct 05 2022 23:41:02 | KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14688942 | | Email/Text: key_bankruptcy_ebnc@keybank.com | Oct 05 2022 23:43:00 | Key Bank, 4910 Tiedeman Road, Mail Drop Oh-01-51-0562, Cleveland, OH 44144-2338 |
| 14705745 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Oct 05 2022 23:43:00 | KeyBank N.A., 4910 Tiedeman Rd, Brooklyn, OH 44144-2338 |
| 14688945 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 05 2022 23:43:00 | Midland Credit Management, 320 E Big Beaver, 300, Troy, MI 48083-1271 |
| 14690235 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 05 2022 23:43:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14696868 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 05 2022 23:43:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, Pa. 17128-0946 |
| 14695606 | | Email/Text: bnc-quantum@quantum3group.com | Oct 05 2022 23:43:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA |

| Recip ID | Bypass | Notice Type | Date/Time | Address |
|---|---|---|---|---|
| 14688946 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Oct 05 2022 23:43:00 | US Bank/Elan Financial Services, PO Box 108, Saint Louis, MO 63166 98083-0788 |
| 14688947 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Oct 05 2022 23:55:43 | WF Crd Svc, PO Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14695465 | *+ | Leonard Borkey, 136 Virginville Road, Kutztown, PA 19530-8865 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 07, 2022            Signature:            /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 5, 2022 at the address(es) listed below:

**Name** — **Email Address**

BRIAN CRAIG NICHOLAS
on behalf of Creditor KeyBank N.A. S/B/M to First Niagara Bank N.A. bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com

CHARLES LAPUTKA
on behalf of Debtor Lori Ann Borkey claputka@laputkalaw.com jen@laputkalaw.com;jbolles@laputkalaw.com

DENISE ELIZABETH CARLON
on behalf of Creditor KeyBank N.A. S/B/M to First Niagara Bank N.A. bkgroup@kmllawgroup.com

JENNA ANNE RATICA
on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue jratica@attorneygeneral.gov

SCOTT F. WATERMAN (Chapter 13)
ECFMail@ReadingCh13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Lori Ann Borkey
    Debtor(s)

Case No: 22−11178−pmm

Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Patricia M. Mayer , United States Bankruptcy Judge to consider:

Motion for Relief from Stay, in addition to Motion for Relief from Co−Debtor Stay re: 136 Virginville Road, Kutztown, PA, 19530 Filed by KeyBank N.A. S/B/M to First Niagara Bank N.A. Represented by DENISE ELIZABETH CARLON.

**Hearing rescheduled from 10/25/2022 to 11/1/2022**

on: 11/1/22

at: 10:00 AM

in: 201 Penn Street, 4th Floor, Reading, PA 19601

For The Court

Date: 10/5/22

Timothy B. McGrath
Clerk of Court

36 − 34
Form 167