**Fill in this information to identify the case:**

Debtor 1 — Lori Ann Borkey

Debtor 2 — _____
(Spouse, if filing)

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number  22-11178

Official Form 410S1

# Notice of Mortgage Payment Change                                 12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** KeyBank N.A., as s/b/m to First Niagara Bank NA    **Court claim no.** (if known): 8

**Last 4 digits** of any number you use to identify the debtor's account: 8 8 5 5

**Date of payment change:**
Must be at least 21 days after date of this notice — 08/15/2022

**New total payment:** $ 1,452.29
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☑ No
   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ _____    New escrow payment: $ _____

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☐ No
   ☑ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: Prime Rate Change

   Current interest rate: 4.49 %    New interest rate: 4.99 %

   Current principal and interest payment: $ 1,423.32    New principal and interest payment: $ 1,452.29

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☑ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $ _____    New mortgage payment: $ _____

Official Form 410S1        **Notice of Mortgage Payment Change**        page 1

Debtor 1    Lori Ann Borkey       Case number (*if known*) 22-11178
First Name    Middle Name    Last Name

### Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☒ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/Alexis Romero       Date 07/22/2022
Signature

Print:    Alexis Romero       Title   Senior Specialist
First Name    Middle Name    Last Name

Company    KeyBank N.A.

Address    4910 Tiedeman Road
Number    Street

Brooklyn       OH    44144
City       State    ZIP Code

Contact phone    866-325-9723       Email   bk_specialists@keybank.com

**ELOC Billing Maintenance and Display (ELC3/PG1)**

```
      LOAN      8855     ELOC BILLING MAINT AND DISPLAY      07/22/22  08:47:08
 L  BORKEY          1ST PMT 08/15/16  INV 210/005  TYPE CONV. RES         LOC MAN B
 BILL METHOD B   CUR PMT 01/15/19  PB     175650.57  IR 04.24000           GRP CDF
        INT BILLED THRU 07/21/22  INT DUE         .00    PMT PER 12  BILL IND
 SGMT: 01 OF 01  ELOC STATUS: A    ELOC PLAN CODE: FNHC   CURR TYPE: VAR/CLOSED
 -- Page 1 ------------------------------------------------------------
 ACT: C (A,C,D,L/Z)  LIST/OPT:    (P,U,B/A,D) NEW BAL:       206,934.44  CONST
 DUE DT: 07/15/22 APR: 4.49000  % INDX: 3.5000000  % MRGN: +   .990000 %    ESC
 USER ID: 2AB - C BILL DATE: 062122    PRIOR BILLS UNPD      TOTAL AMT DUE
 MINIMUM PMT      1,423.32                        _____.__     _____.__
 PRINCIPAL         731.88                         _____.__     _____.__
 INTEREST          691.44                         _____.__     _____.__
 ESCROW               .00                         _____.__     _____.__
 LATE CHARGES         .00                         _____.__     _____.__
 NSF                  .00                         _____.__     _____.__
 OTHER FEES                    .00                _____.__     _____.__
 LIFE INSURANCE       .00                         _____.__     _____.__
 A&H INSURANCE        .00                         _____.__     _____.__
 MISCELLANEOUS        .00                         _____.__     _____.__
 OUTPUT OPT: 1   1:UPD ONLY  2:ADD PRT/LOG#        3:LOG ONLY    PF20:PFKEYS
                 4:UPD PRINT 5:UPD DFILE
```

**ELOC Billing Maintenance and Display (ELC3/PG1)**

```
        LOAN     8855       ELOC BILLING MAINT AND DISPLAY      07/22/22  08:49:19
   L  BORKEY        1ST PMT 08/15/16  INV 210/005  TYPE CONV. RES        LOC MAN B
   BILL METHOD B   CUR PMT 01/15/19  PB    175650.57   IR 04.24000          GRP CDF
         INT BILLED THRU 07/21/22  INT DUE       .00    PMT PER 12  BILL IND
   SGMT: 01 OF 01   ELOC STATUS: A    ELOC PLAN CODE: FNHC    CURR TYPE: VAR/CLOSED
   -- Page 1 ------------------------------------------------------------
   ACT: C (A,C,D,L/Z)  LIST/OPT:   (P,U,B/A,D) NEW BAL:       207,654.85  CONST
   DUE DT: 08/15/22 APR: 4.99000  % INDX: 4.0000000  % MRGN: +  .990000 %   ESC
   USER ID: 2AB -   BILL DATE: 072122    PRIOR BILLS UNPD    TOTAL AMT DUE
   MINIMUM PMT    1,938.68                   62,316.53         64,255.21
   PRINCIPAL        731.88                   31,519.05         32,250.93
   INTEREST         720.41                   30,797.48         31,517.89
   ESCROW              .00                         .00               .00
   LATE CHARGES     486.39                         .00            486.39
   NSF                 .00                         .00               .00
   OTHER FEES               .00                    .00               .00
   LIFE INSURANCE      .00                         .00               .00
   A&H INSURANCE       .00                         .00               .00
   MISCELLANEOUS       .00                         .00               .00
   OUTPUT OPT: 1   1:UPD ONLY  2:ADD PRT/LOG#       3:LOG ONLY    PF20:PFKEYS
                   4:UPD PRINT 5:UPD DFILE                        PF2:ADDL MSGS
   -=SPOC=-                              ACTIVE CH 13 BANKRUPTCY
   LOSS MIT IND = 1 LOSS MIT            USES CONSUMER KPLO PMT LOGIC OPTIONS
   ELOC ADVANCE STOP = B                REMOVED LOSS MITIGATION
```

UNITED STATES BANKRUPTCY COURT
Eastern District of Pennsylvania (Reading)

In Re: Lori Ann Borkey

,

Debtor(s).

Case No. 22-11178

Chapter 13

**CERTIFICATE OF SERVICE**

       I hereby certify that on 07/22/2022, I electronically filed a Notice of Mortgage Payment Change with the Clerk of the Bankruptcy Court using the CM/ECF system which sent electronic notification of such filing to the following:

Debtor(s) Attorney
CHARLES LAPUTKA
Laputka Law Office
1344 W. Hamilton St.
Allentown, PA 18102


Trustee
SCOTT F. WATERMAN (Chapter 13)
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606



       And, I hereby certify that I have mailed via the United States Postal Service the Notice of Mortgage Payment Change to the following non CM/ECF participants:

Debtor
Lori Ann Borkey
136 Virginville Road
Kutztown, PA 19530


       /s/Alexis Romero
       Bankruptcy Specialist
       KeyBank N.A.