**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Lori Ann Borkey |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Eastern District of Pennsylvania |
| Case number | 22-11178 |

Official Form 410S1

# Notice of Mortgage Payment Change                                      12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** KeyBank N.A., as S/B/M to First Niagara Bank

**Court claim no.** (if known): 8

**Last 4 digits** of any number you use to identify the debtor's account: 8 8 5 5

**Date of payment change:**
Must be at least 21 days after date of this notice    09/15/2022

**New total payment:**
Principal, interest, and escrow, if any    $ 1,532.94

## Part 1:    Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☒ No
   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ _____        New escrow payment: $ _____

## Part 2:    Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?

   ☐ No
   ☒ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: Prime Rate Change

   Current interest rate: 4.99%                New interest rate: 5.74%
   Current principal and interest payment: $ 1,452.29    New principal and interest payment: $ 1,532.94

## Part 3:    Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect.)

   Reason for change: _____

   Current mortgage payment: $ _____        New mortgage payment: $ _____

Official Form 410S1                Notice of Mortgage Payment Change                page 1

| Debtor 1 | Lori Ann Borkey | Case number (if known) 22-11178 |
|---|---|---|
| | First Name    Middle Name    Last Name | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☑ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ /s/ Darren R Pedaci
Signature

Date 08/22/2022

Print: Darren R Pedaci
First Name    Middle Name    Last Name

Title Senior Specialist

Company KeyBank N.A.

Address 4910 Tiedeman Road
Number        Street

Brooklyn        OH    44144
City            State    ZIP Code

Contact phone 866-325-9723

Email bk_specialists@keybank.com

**ELOC Billing Maintenance and Display (ELC3/PG1)**

```
LOAN 8855      ELOC BILLING MAINT AND DISPLAY    08/22/22  10:18:51
  L  BORKEY       1ST PMT 08/15/16  INV 210/005  TYPE CONV. RES        LOC MAN B
  BILL METHOD B  CUR PMT 01/15/19  PB   175650.57   IR 04.24000           GRP EPB
       INT BILLED THRU 08/19/22  INT DUE        .00    PMT PER 12  BILL IND
  SGMT: 01 OF 01  ELOC STATUS: A    ELOC PLAN CODE: FNHC   CURR TYPE: VAR/CLOSED
 -- Page 1 ----------------------------------------------------------------
  ACT: C (A,C,D,L/Z)  LIST/OPT:    (P,U,B/A,D) NEW BAL:      208,455.91  CONST
  DUE DT: 09/15/22 APR: 5.74000  % INDX: 4.7500000  % MRGN: +  .990000 %    ESC
  USER ID: 2AB -   BILL DATE: 081922     PRIOR BILLS UNPD    TOTAL AMT DUE
  MINIMUM PMT      2,019.33                    63,768.82         65,788.15
  PRINCIPAL          731.88                    32,250.93         32,982.81
  INTEREST           801.06                    31,517.89         32,318.95
  ESCROW                .00                          .00               .00
  LATE CHARGES       486.39                          .00            486.39
  NSF                   .00                          .00               .00
  OTHER FEES                     .00                 .00               .00
  LIFE INSURANCE     .00                              .00               .00
  A&H INSURANCE      .00                              .00               .00
  MISCELLANEOUS      .00                              .00               .00
  OUTPUT OPT: 1   1:UPD ONLY  2:ADD PRT/LOG#        3:LOG ONLY    PF20:PFKEYS
                  4:UPD PRINT 5:UPD DFILE                         PF2:ADDL MSGS
  -=SPOC=-                             ACTIVE CH 13 BANKRUPTCY
  LOSS MIT IND = 1 LOSS MIT            USES CONSUMER KPLO PMT LOGIC OPTIONS
  ELOC ADVANCE STOP = B                REMOVED LOSS MITIGATION
```

## ELOC Billing Maintenance and Display (ELC3/PG1)

```
LOAN 8855      ELOC BILLING MAINT AND DISPLAY      08/22/22  10:22:18
  L  BORKEY      1ST PMT 08/15/16  INV 210/005  TYPE CONV. RES      LOC MAN B
  BILL METHOD B   CUR PMT 01/15/19  PB    175650.57   IR 04.24000        GRP EPB
        INT BILLED THRU 08/19/22  INT DUE        .00    PMT PER 12  BILL IND
   SGMT: 01 OF 01  ELOC STATUS: A    ELOC PLAN CODE: FNHC   CURR TYPE: VAR/CLOSED
 -- Page 1 ------------------------------------------------------------
  ACT: C (A,C,D,L/Z)  LIST/OPT:    (P,U,B/A,D) NEW BAL:       207,654.85  CONST
  DUE DT: 08/15/22 APR: 4.99000  % INDX: 4.0000000  % MRGN: +  .990000 %    ESC
  USER ID: 2AB - C BILL DATE: 072122    PRIOR BILLS UNPD    TOTAL AMT DUE
       MINIMUM PMT    1,452.29
       PRINCIPAL        731.88                   _____.__      _____.__
       INTEREST         720.41                   _____.__      _____.__
       ESCROW              .00                   _____.__      _____.__
       LATE CHARGES        .00                   _____.__      _____.__
       NSF                 .00                   _____.__      _____.__
       OTHER FEES             .00                _____.__      _____.__
       LIFE INSURANCE      .00                   _____.__      _____.__
       A&H INSURANCE       .00                   _____.__      _____.__
       MISCELLANEOUS       .00                   _____.__      _____.__
       OUTPUT OPT: 1    1:UPD ONLY  2:ADD PRT/LOG#      3:LOG ONLY    PF20:PFKEYS
                        4:UPD PRINT 5:UPD DFILE                       PF2:ADDL MSGS
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re: Lori Ann Borkey

Case No. 22-11178
Chapter 13

Debtor(s).

CERTIFICATE OF SERVICE

    I hereby certify that on 08/22/2022, I electronically filed a Notice of Mortgage Payment Change with the Clerk of the Bankruptcy Court using the CM/ECF system which sent electronic notification of such filing to the following:

Debtor(s) Attorney
 Charles Laputka

Trustee
   Scott F Waterman

    And, I hereby certify that I have mailed via the United States Postal Service the Notice of Mortgage Payment Change to the following non CM/ECF participants:

Debtors

    Lori Ann Borkey
    136 Virginville Road
    Kutztown, PA 19606

/s/ Darren R Pedaci
Bankruptcy Specialist
KeyBank N.A.